**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2018



**BY ECF**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Oquendo*, S2 17 Cr. 611 (RWS)

Dear Judge Sweet:

The Government writes to respectfully request that the conference scheduled for December 6, 2018 be adjourned to a date and time convenient for the Court after December 20, 2018. The Government has conferred with defense counsel, who will be on trial until that date. Defense counsel joins in the request for an adjournment and consents to the exclusion of time under the Speedy Trial Act until the new conference date. The exclusion of time will enable the defendant the opportunity to continue to discuss the resolution of this case with counsel and will allow for continuity of counsel. The Government submits that the interests of justice outweigh the interests of the defendant and the public in a speedy trial.

So ordered
Sweet
VSDJ
11-26-18

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/
Jordan Estes/Gina Castellano/
Alexandra Rothman
Assistant United States Attorneys
(212) 637-2543/2224/2580

cc:   Kenneth Montgomery (by ECF)