USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

DAVID OQUENDO,

               Defendant.

17 Cr. 611-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's motion to adjourn sentencing and amend the briefing schedule, ECF No. 657, is GRANTED. The sentencing scheduled for April 23, 2020, is ADJOURNED to **June 16, 2020,** at **1:00 p.m.** By **May 15, 2020,** Defendant shall file his sentencing submission. By **May 22, 2020,** the Government shall file its sentencing submission. By **June 9, 2020,** Defendant shall file his reply, if any.

    The Clerk of Court is directed to terminate the motion at ECF No. 657.

    SO ORDERED.

Dated: April 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge